# EXHIBIT A

## Growing Our Business

As part of our long-term growth plan, we plan to expand our store base with approximately 10% annual unit growth. Our geographic store expansion and new store placement will intersect where our target customers live, in markets with growth potential and supply chain support, providing a long runway for us to achieve our growth target.

We intend to continue to focus our growth on areas where we have a large concentration of stores, such as California and Texas, while building out our newer markets, such as Florida, Georgia and the Mid-Atlantic region, to achieve a larger concentration of stores. We have opened 30, 16 and 12 new stores in fiscal 2023, 2022 and 2021, respectively. We expect to continue to expand our store base with approximately 35 store openings planned for fiscal 2024, all of which will be in our new format. See "Item 2. Properties" for additional information with respect to our store closures in 2023.

The below diagram shows our store footprint, by state, as of December 31, 2023.



## New Store Development

We have an extensive analytics-based process for new store site selection, which includes in-depth analysis of area demographics, competition, growth potential, traffic patterns, grocery spend and other key criteria. We have a dedicated real estate team as well as a real estate committee that includes certain of our executive officers. Multiple members of this committee often conduct an on-site inspection prior to approving any new location.

# EXHIBIT B

**SPROUTS FARMERS MARKET, INC. AND SUBSIDIARIES**
**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**
**(UNAUDITED)**

In accordance with ASC 606, the following table represents a disaggregation of revenue for the thirteen and thirty-nine weeks ended September 29, 2024 and October 1, 2023:

|  | Thirteen weeks ended | | | |
|---|---|---|---|---|
|  | September 29, 2024 | | October 1, 2023 | |
| Perishables | $ 1,128,272 | 58.0 % | $ 985,760 | 57.5 % |
| Non-Perishables | 817,463 | 42.0 % | 727,522 | 42.5 % |
| Net Sales | $ 1,945,735 | 100.0 % | $ 1,713,282 | 100.0 % |

|  | Thirty-nine weeks ended | | | |
|---|---|---|---|---|
|  | September 29, 2024 | | October 1, 2023 | |
| Perishables | $ 3,288,976 | 57.5 % | $ 2,956,584 | 57.5 % |
| Non-Perishables | 2,434,086 | 42.5 % | 2,182,255 | 42.5 % |
| Net Sales | $ 5,723,062 | 100.0 % | $ 5,138,839 | 100.0 % |