Richard C. Conway - #81679
Ian I. Brady - #331259
KAHN, SOARES & CONWAY, LLP
219 North Douty Street
Hanford, California 93230
Telephone: (559) 584-3337
Facsimile: (559) 584-3348

Attorneys for: Plaintiff, Randy Tyndall

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY TYNDALL, an individual<br><br>Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, INC., a Delaware corporation; and ECOSOUL HOME INC., a Delaware corporation<br><br>Defendants. | **Case No. 1:25-cv-00048-KES-HBK**<br><br>**STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS, TO CONTINUE HEARING ON MOTION; ORDER** |

The parties to the above-referenced case, by and through their respective undersigned counsel, do hereby submit this stipulation providing for the following:

WHEREAS, on May 2, 2025, Defendants filed their Motion to Dismiss Plaintiff's Complaint;

WHEREAS, pursuant to Eastern District Local Rule 230(c), Plaintiff's response to the Motion to Dismiss is currently due on May 16, 2025;

WHEREAS, a hearing on Defendants' Moton to Dismiss is currently scheduled for June 16, 2025;

WHEREAS, counsel for the parties have conferred and mutually agree that an extension of time by which Plaintiff will have to respond to the Motion to Dismiss is warranted to allow

1

---

**STIPULATION TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS; TO CONTINUE HEARING ON MOTION**

additional time for the parties' counsel to confer regarding the potential resolution of the issues raised in the Motion;

WHEREAS, counsel has agreed that Plaintiff shall have until June 11, 2025, to file a response to Defendants' Motion to Dismiss;

WHEREAS, due to the proximity of time between the stipulated date by which Plaintiff shall have to file its opposition to the Motion to Dismiss and the currently scheduled hearing, it is necessary for the parties to request a continuance pursuant to Local Rule 230.

This Court has the authority to extend the time for Plaintiff to respond to the Motion to Dismiss, for good cause, if a request is made before the original time for a response has expired. Fed. Rules Civ. Pro. 6(b)(1)(a).

This Court further has the authority to continue a hearing currently scheduled on the Court's motion calendar upon stipulation made to the judge on whose calendar the matter is set, if such continuance is requested at least seven (7) days before the scheduled hearing date. Local Rule 230(f).

As this stipulation has been filed prior to the expiration of the time for Plaintiff to file his opposition to the Motion to Dismiss, and has been filed more than seven days prior to the scheduled hearing on the Motion to Dismiss, it has been timely filed within the limits prescribed by both Fed. Rules Civ. Pro. 6(b)(1)(a) and Local Rule 230.

WHEREFORE, the parties respectfully request that this Court approve this Stipulation and enter an Order extending the time for Plaintiff to respond to Defendant's Motion to Dismiss up to and including June 11, 2025, and continuing the currently scheduled hearing to July 21, 2025.

SIGNATURE PAGE AND ORDER FOLLOW

1  Dated: May 13, 2025                                KAHN, SOARES & CONWAY, LLP

2

3                                                     */s/ Ian Brady*_____
                                                      Ian I. Brady,
4                                                     *Attorney for Plaintiff*

5
   Dated: May 13, 2025                                AMIN WASSERMAN GURNANI, LLP
6

7                                                     */s/ Cole Kroshus*_____
                                                      Cole Kroshus
8                                                     *Attorney for Defendants*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having considered the foregoing stipulation and request submitted by Plaintiff Randy Tyndall and Defendants Sprouts Farmers Market, Inc. and EcoSoul Home, Inc., hereby ORDERS that Plaintiff shall have until June 11, 2025, to respond to Defendant's Motion to Dismiss and that Defendant shall have until June 23, 2025, to file any reply in support of the Motion to Dismiss.

It is further ordered that the hearing on Defendant's Motion to Dismiss currently scheduled for June 16, 2025, is continued to **August 4, 2025**, at 1:30 p.m. in Courtroom 6.

IT IS SO ORDERED.

Dated: May 13, 2025

_____
UNITED STATES DISTRICT JUDGE