AMIN WASSERMAN GURNANI, LLP
William P. Cole, Bar No. 186772
Matthew R. Orr, Bar No. 211097
Cole Kroshus, Bar No. 345790
515 South Flower St., 18th Floor
Los Angeles, CA 90071
Tel:    (213) 933-2330
Fax:    (312) 884-7352
wcole@awglaw.com
morr@awglaw.com
ckroshus@awglaw.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

RANDY TYNDALL,

        Plaintiff,

v.

SPROUTS FARMERS MARKET, INC., a
Delaware corporation; and ECOSOUL
HOME INC., a Delaware corporation,

        Defendant.

Case No.:  1:25-cv-00048-KES-HBK

**STIPULATION TO MODIFY BRIEFING
SCHEDULE ON DEFENDANTS' MOTION TO
DISMISS PLAINTIFF'S COMPLAINT; ORDER**

The parties to the above-referenced case, by and through their respective undersigned counsel, do hereby submit this stipulation providing for the following:

**WHEREAS**, on May 2, 2025, Defendants filed their Motion to Dismiss Plaintiff's Complaint;

**WHEREAS**, on May 13, 2025, the parties stipulated to extend Plaintiff's time to oppose the Motion to Dismiss until June 11, 2025;

**WHEREAS**, the Court granted the Parties' Joint Stipulation, and, pursuant to the Court's order dated May 14, 2025, Plaintiff's opposition to the Motion to Dismiss is currently due on June 11, 2025;

- 1 -

**JOINT STIPULATION**

1   **WHEREAS**, pursuant to the same order, Defendants' reply in support of the Motion to Dismiss

2   is due June 23, 2025,

3   **WHEREAS**, a hearing on Defendants' Moton to Dismiss is currently scheduled for August 4,

4   2025;

5   **WHEREAS**, counsel for the parties have continued to discuss resolution of the case and have

6   conferred and mutually agree that an extension of time by which Plaintiff will have to respond to the

7   Motion to Dismiss is warranted to allow additional time for the parties' counsel to confer regarding the

8   potential resolution of the case in its entirety;

9   **WHEREAS**, counsel have agreed that Plaintiff shall have until July 11, 2025, to oppose

10  Defendants' Motion to Dismiss;

11  **WHEREAS**, counsel have agreed that Defendants shall have until July 23, 2025, to file a reply

12  in support of the Motion to Dismiss;

13  **WHEREAS**, due to the proximity of time between the stipulated date by which Defendants file

14  their reply in support of the Motion to Dismiss and the currently scheduled hearing, it is necessary for

15  the parties to request a continuance of the hearing on the Motion to Dismiss until on or after August 18,

16  2025, pursuant to Local Rule 230.

17  This Court has the authority to extend the time for Plaintiff to respond to the Motion to Dismiss,

18  for good cause, if a request is made before the original time for a response has expired.  Fed. Rules Civ.

19  Pro. 6(b)(1)(a).

20  This Court further has the authority to continue a hearing currently scheduled on the Court's

21  motion calendar upon stipulation made to the judge on whose calendar the matter is set, if such

22  continuance is requested at least seven (7) days before the scheduled hearing date. Local Rule 230(f).

23  As this stipulation has been filed prior to the expiration of the time for Plaintiff to file his

24  opposition to the Motion to Dismiss, and has been filed more than seven days prior to the scheduled

25  hearing on the Motion to Dismiss, it has been timely filed within the limits prescribed by both Fed. Rules

26  Civ. Pro. 6(b)(1)(a) and Local Rule 230.

27  **WHEREFORE**, the parties respectfully request that this Court approve this Stipulation and

28  enter an Order extending the time for Plaintiff to oppose Defendant's Motion to Dismiss up to and

**JOINT STIPULATION**

1  including July 11, 2025, extending the time for Defendants to file a reply in support of the Motion to

2  Dismiss until July 23, 2025, and continuing the currently scheduled hearing to August 18, 2025, or a

3  date thereafter that is convenient for this Court.

4

5  Dated:  May 30, 2025                              **AMIN WASSERMAN GURNANI, LLP**

6
                                                     **/s/ *Cole Kroshus***
7                                                    Cole Kroshus
                                                     *Attorneys for Defendants*
8

9  Dated:  May 30, 2025                              **KAHN, SOARES & CONWAY, LLP**

10

11
                                                     **/s/  *Ian I. Brady***
12                                                   Ian I. Brady
                                                     *Attorneys for Plaintiff*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION**

**ORDER**

The Court, having considered the foregoing stipulation submitted by Plaintiff Randy Tyndall and Defendants Sprouts Farmers Market, Inc. and EcoSoul Home, Inc., hereby ORDERS that Plaintiff shall have until July 11, 2025, to oppose the Motion to Dismiss, Defendants shall have until July 23, 2025, to file a reply in support of the Motion to Dismiss, and the hearing currently scheduled for August 4, 2025, is continued to **August 18, 2025 at 1:30 p.m.** in Courtroom 6.

IT IS SO ORDERED.

Dated:    May 30, 2025

_____
UNITED STATES DISTRICT JUDGE

- 1 -
ORDER