1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY TYNDALL, | Case No.:  1:25-cv-00048-KES-HBK |
| Plaintiff, | **ORDER ON JOINT STIPULATION TO MODIFY BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** |
| v. | |
| SPROUTS FARMERS MARKET, INC., a Delaware corporation; and ECOSOUL HOME INC., a Delaware corporation, | |
| Defendants. | |

<u>**ORDER**</u>

The Court, having considered the joint stipulation submitted by Plaintiff Randy Tyndall and Defendants Sprouts Farmers Market, Inc. and EcoSoul Home, Inc., on July 7, 2025, hereby ORDERS that Plaintiff shall have until August 22, 2025, to file an opposition to the Motion to Dismiss, Defendants shall have until September 3, 2025, to file a reply in support of the Motion to Dismiss, and the hearing on the Motion to Dismiss currently scheduled for August 18, 2025, is continued to October 6, 2025, at 1:30 PM in Courtroom 6.

IT IS SO ORDERED.

  Dated:   July 14, 2025   

_____
UNITED STATES DISTRICT JUDGE

- 1 -