KAHN, SOARES & CONWAY, LLP
Richard C. Conway, Bar No. 81679
Ian I. Brady, Bar No. 331259
219 N. Douty Street
Hanford, CA 93230
Tel:   (559) 584-3337
Fax:   (559) 584-3348

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY TYNDALL,<br><br>Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, INC., a Delaware corporation; and ECOSOUL HOME INC., a Delaware corporation,<br><br>Defendant. | Case No.: 1:25-cv-00048-KES-HBK<br><br>**NOTICE OF CONDITIONAL SETTLEMENT OF CASE** |

The parties to the above-referenced case, by and through their respective undersigned counsel, do hereby submit this notice to the court that they have entered into a conditional settlement. Per the terms of the settlement, no later than November 10, 2025, Plaintiff shall dismiss Plaintiff's individual claims with prejudice and any class-based claims without prejudice.

The Parties respectfully request that all deadlines be stayed pending the anticipated dismissal.

Dated: August 22, 2025                    **AMIN WASSERMAN GURNANI, LLP**

                                          /s/ Matt Or
                                          Matt Orr
                                          *Attorneys for Defendants*

1
NOTICE OF CONDITIONAL SETTLEMENT OF CASE

Dated: August 22, 2025

KAHN, SOARES & CONWAY, LLP

/s/ Ian I. Brady
Ian I. Brady
*Attorneys for Plaintiff*