KAHN, SOARES & CONWAY, LLP
Richard C. Conway, Bar No. 81679
Ian I. Brady, Bar No. 331259
219 N. Douty Street
Hanford, CA 93230
Tel:    (559) 584-3337
Fax:    (559) 584-3348

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RANDY TYNDALL,<br><br>Plaintiff,<br><br>v.<br><br>SPROUTS FARMERS MARKET, INC., a Delaware corporation; and ECOSOUL HOME INC., a Delaware corporation,<br><br>Defendant. | Case No.:  1:25-cv-00048-KES-HBK<br><br>**NOTICE OF DISMISSAL BY PLAINTIFF [Fed. R. Civ. Pro. 41(a)(1(A)(i)]** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Please take notice that RANDY TYNDALL, the Plaintiff in the above-described action, hereby dismisses this action and all of Plaintiff's claims filed therein. Plaintiff's individual claims are dismissed with prejudice. Plaintiff's class-based claims are dismissed without prejudice.

No party shall be considered a prevailing party in this action. Each party shall bear their own respective costs and fees, including attorney's fees.

Dated:  November 6, 2025            **KAHN, SOARES & CONWAY, LLP**


                                   **/s/  Ian I. Brady**
                                   Ian I. Brady
                                   *Attorneys for Plaintiff*

1
**NOTICE OF DISMISSAL BY PLAINTIFF**